BENJAMIN B. WAGNER
United States Attorney
JEAN M. HOBLER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>DEVON GREGORY BIGGS, JR.<br><br>            Defendant. | CASE NO.  2:13-MJ-0106 DAD<br><br>STIPULATION TO CONTINUE PRELIMINARY HEARING; ~~PROPOSED~~ ORDER THEREON |

The United States of America, by and through its counsel of record, AUSA Jean M. Hobler, and defendant DEVON GREGORY BIGGS, Jr., by and through his counsel of record, AFD Benjamin Galloway, stipulate to a continuance of the preliminary hearing in this matter currently set for April 26, 2013, at 2:00 p.m.  Ms. Hobler represents that she will be out of the state on pre-planned and pre-paid travel at the time scheduled for the initial appearance, providing good cause for the continuance.  The travel commences the week of and concludes during the week after the preliminary hearing currently scheduled.

///

///

///

///

///

Stipulation to Continuance of Preliminary Hearing          1

The defendant is out of custody on pretrial release terms and conditions. The defense consents to a two week continuance of the preliminary hearing in this matter, to Friday, May 10, 2013, at 2:00 p.m., pursuant to Federal Rules of Criminal Procedure, Rule 5.1(d).

Dated: April 15, 2013    BENJAMIN B. WAGNER
United States Attorney

/s/ Jean M. Hobler
JEAN M. HOBLER
Assistant United States Attorney

Dated: April 15, 2013    JOSEPH SCHLESINGER
Acting Federal Defender

/s/ Jean M. Hobler for
BENJAMIN GALLOWAY
Assistant Federal Defender
(Signature authorized 4/15/2013)

## **ORDER**

Good cause appearing, and with the defendant's consent, the preliminary hearing in this matter is continued to May 10, 2013, at 2:00 p.m. pursuant to Federal Rules of Criminal Procedure, Rule 5.1(d).

DATED: April 15, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Stipulation to Continuance of Preliminary Hearing

2