```
JOSEPH SCHLESINGER, Bar# 87692
Acting Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
DEVON GREGORY BIGGS, JR.
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>DEVON GREGORY BIGGS, JR.,<br><br>        Defendant. | Cr.S. 13-MJ-0106 DAD<br><br>STIPULATION TO MODIFY CONDITIONS OF RELEASE; ~~PROPOSED~~ ORDER<br><br><br><br><br><br>JUDGE: Hon. Edmund F. Brennan |

  IT IS HEREBY STIPULATED AND AGREED between the parties, Jean M. Hobler, Assistant United States Attorney, attorney for Plaintiff, and Benjamin D. Galloway, Assistant Federal Defender, attorney for defendant, DEVON GREGORY BIGGS, JR., that the conditions of Mr. Biggs' release imposed on ~~April 19, 2012~~ April 5, 2013 be modified to include the following special condition:

> You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer.  You shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

/ / /

/ / /

Additionally, the parties stipulate that Condition Number 5 be modified as follows:

> Your travel is restricted to the Eastern and Central Districts of California without prior consent of the pretrial services officer.

Pretrial Services Officer Ryan Garcia is in agreement with this proposed modification.

DATED: April 18, 2013        Respectfully submitted,

                             JOSEPH SCHLESINGER
                             Acting Federal Defender

                             /S/ Benjamin Galloway
                             BENJAMIN GALLOWAY
                             Assistant Federal Defender
                             Attorney for Defendant
                             DEVON GREGORY BIGGS, JR.


DATED: April 18, 2013        BENJAMIN B. WAGNER
                             United States Attorney

                             /s/ Benjamin Galloway for
                             JEAN M. HOBLER
                             Assistant U.S. Attorney
                             Attorney for Plaintiff


**O R D E R**

The foregoing stipulation of counsel is accepted. The conditions of Mr. Biggs' pretrial release are so modified. All other conditions are to remain in effect.

IT IS SO ORDERED.

Dated:  April 18, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE