HEATHER E. WILLIAMS, Bar# 122664
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
DEVON GREGORY BIGGS, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 13-cr-0178 KJM |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER TO CONTINUE ARRAIGNMENT** |
| v. | ) | |
| DEVON GREGORY BIGGS, JR., | ) | DATE: May 30, 2013 |
| Defendant. | ) | TIME: 2:00 p.m. |
| | ) | JUDGE: Hon. Allison Claire |

The United States of America, by and through its counsel of record, AUSA Jean M. Hobler, and defendant DEVON GREGORY BIGGS, Jr., by and through his counsel of record, AFD Benjamin Galloway, stipulate to a continuance of the arraignment in this matter currently set for May 10, 2013, at 2:00 p.m..

Mr. Biggs is out of custody and residing in the Central District of California on pretrial release terms and conditions.  Mr. Biggs was injured in an auto accident in the Central District, and is unable to travel to Sacramento because of his injuries. *See* note from treatment provider, attached hereto as "Exhibit A", providing good cause for the continuance.

1    The defendant consents to a continuance of the arraignment in this
2 matter, to May 30, 2013, at 2:00 p.m..
3
4 DATED: May 10, 2013            Respectfully submitted,
5                                HEATHER W. WILLIAMS
                                 Federal Defender
6
                                 /S/ Benjamin Galloway
7                                BENJAMIN GALLOWAY
                                 Assistant Federal Defender
8                                Attorney for Defendant
                                 DEVON GREGORY BIGGS, JR.
9
10
11 DATED: May 10, 2013            BENJAMIN B. WAGNER
                                 United States Attorney
12                                /s/ Benjamin Galloway for
                                 JEAN M. HOBLER
13                                Assistant U.S. Attorney
                                 Attorney for Plaintiff
14
15
16                               **O R D E R**
17      **GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED.**  The
18 date for arraignment in this matter is hereby re-set for May 30, 2013
19 at 2:00 p.m.
20      IT IS SO ORDERED.
21
22  Dated: May 10, 2013
23                               _____
24                               CAROLYN K. DELANEY
                                 UNITED STATES MAGISTRATE JUDGE
25
26
27
28

*Fitness Chiropractic, Khreich Corp.*
*15132 Bolsa Chica Road, Huntington Beach, CA 92649*
*Business#: 714-898-9631  Fax #: 714-897-4134*

This is to certify that __Devon Biggs__ is currently under the care of Fitness Chiropractic & Massage Therapy for injuries sustained in a motor vehicle accident.

The patient may not engage in heavy duty activities or sitting in a position for long periods of time until further notice.

**Remarks/Restrictions:** _____

_____

Signature: _____  Date: 5/9/2013