

FILED

JUL 1 0 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
_____ / _____
        DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NUMBER: 2:13-CR-00178-KJM |
| Plaintiff, ) | |
| v.                          ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| DEVON GREGORY BIGGS, JR., ) | |
| ) | |
| Defendant. ) | |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Devon Gregory Biggs Jr.</u> from custody for the following reasons:

         _    Release on Personal Recognizance

         ✓    Bail Posted in the Sum of <u>$50,000.00 co-signed by Sam Bunch</u>

             ✓    Unsecured Appearance Bond

             _    Appearance Bond with 10% Deposit

             _    Appearance Bond secured by Real Property

             _    Corporate Surety Bail Bond

         ✓    (Other) <u>Pretrial Services supervision and conditions of release as modified.</u>

Issued at <u>Sacramento, CA</u> on <u>7/10/13</u> at <u>11:36 a.m.</u>

By _____
Kimberly J. Mueller
United States District Judge