1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  BENJAMIN D. GALLOWAY, #214897
   Assistant Federal Defender
3  Designated Counsel for Service
   801 "I" Street, 3rd Floor
4  Sacramento, CA 95814

5  Attorney for Defendant
   DEVON GREGORY BIGGS
6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )   NO. 13-CR-0178 KJM/KJN
                                  )
12              Plaintiff,        )   STIPULATION TO MODIFY PRETRIAL
                                  )   SERVICES CONDITIONS; ORDER
13      v.                        )
                                  )
14 DEVON GREGORY BIGGS,           )
                                  )   JUDGE: Hon. Kendall J. Newman
15              Defendant.        )
                                  )
16

17        Mr. Biggs is currently out of custody in this case on pretrial services conditions and lives

18 in the Central District of California. Mr. Biggs' fiancée has been hospitalized in Arizona and is

19 currently in the intensive care unit at Banner Del E. Webb Medical Center located at 14502 W.

20 Meeker Blvd., Sun City West, Arizona.  Mr. Biggs has requested permission from Pretrial

21 Services to leave as soon as possible in order to be with his fiancée and proposes to return to the

22 Central District of California on February 9, 2014. During his stay in Arizona, Mr. Biggs

23 proposes to reside at 166__ N. West _____, Apt #___ in Surprise, AZ 85374 (redacted

24 -- pretrial services has full address).

25        Pretrial Services in this district has verified the information and addresses above. Pretrial

26 Services in the Central District of California, where Mr. Biggs is currently supervised, would be

27 unable to supervise Mr. Biggs during his requested travels and, therefore, would require a court

28 order removing him from supervision and GPS during his requested travels. Pretrial Services

1   supervision along with GPS would be reinstated February 10, 2014, and Mr. Biggs would report
2   to the Pretrial Services office on February 10, 2014 at 8:00 a.m. for that purpose.   Pretrial
3   Services has informed the parties that it does not have any objection to Mr. Biggs' travel
4   request.
5       In light of the foregoing, the government, by and through its counsel, Assistant United
6   States Attorney Christiaan Highsmith, and the defendant, by and through his counsel, Assistant
7   Federal Defender Benjamin Galloway, hereby stipulate and agree that defendant Devon Biggs'
8   Pretrial Services supervision, including GPS monitoring, be suspended forthwith and remain
9   suspended until February 10, 2014.  The parties further stipulate that Mr. Biggs be permitted to
10  travel to the District of Arizona between the date of this order and February 9, 2014, and that Mr.
11  Biggs be ordered to return to the Central District of California on February 9, 2014, and that he
12  be ordered to report to the Pretrial Services Office in that District on February 10, 2014 at 8:00
13  am, at which time his supervision and GPS monitoring will be reinstated. During his stay in
14  Arizona, Mr. Biggs will reside at the address provided to Pretrial Services.

15  DATED: February 5, 2014           Respectfully submitted,

16                                    HEATHER E. WILLIAMS
                                      Federal Defender
17
                                      */s/ Benjamin Galloway*
18                                    BENJAMIN GALLOWAY
                                      Assistant Federal Defender
19                                    Attorney for Defendant
                                      DEVON GREGORY BIGGS
20
21  DATED: February 5, 2014           BENJAMIN B. WAGNER
                                      United States Attorney
22
                                      */s/ C. Highsmith*
23                                    CHRISTIAAN HIGHSMITH
                                      Assistant U.S. Attorney
                                      Attorney for Plaintiff
24
25  //
    //
26
27
28

*U.S. v. Biggs*                     -2-
Stipulation and Order

**O R D E R**

It is so ordered.

Dated: February 5, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE