UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEVON GREGORY BIGGS, JR.,<br><br>Defendant. | No. 2:13-CR-00178 KJM<br><br><br><br>ORDER |

      During sentencing in this case on March 11, 2015, the court ordered defendant Biggs to pay restitution in the amount of $200,000, based on the information contained in the Presentence Investigation Report, and representations of counsel.

      On July 29, 2015, the court sentenced another defendant, a Mr. Herrin, in a related case, 2:14-CR-180.  In that case, the Presentence Investigation Report described the same criminal activity for which Mr. Biggs was sentenced, and identified a total amount of restitution owing as $411,333.20.  This larger restitution amount appears to have been available to the government by May 2013. The court has now ordered Mr. Herrin to pay restitution in that amount.

      It appears to the court that the amount of restitution ordered in this case may be understated, such that the restitution order reflects an error arising from oversight or omission. *See* Fed. R. Cr. P. 36.  The parties are directed to advise the court in writing within fourteen (14)

days why the restitution order in this case should not be corrected to reflect the same amount of restitution owing as in Mr. Herrin's case, with responsibility for payment of restitution shared jointly and severally.

SO ORDERED.

DATED: August 27, 2015.

_____
UNITED STATES DISTRICT JUDGE